UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH TORRES and SAMUEL TORRES | : : | CIVIL ACTION NO.: 3:16-cv-00591-AWT |
|    Plaintiffs, | : : | |
| v. | : : | |
| THE BARBERINO BROTHERS, INC. and REGIONAL ACCEPTANCE CORPORATION | : : : | AUGUST 2, 2016 |
|    Defendants. | : | |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Elizabeth Torres and Samuel Torres, through their attorney, hereby give notice that the plaintiffs claims shall be dismissed with prejudice, and without costs or attorney's fees.

                              PLAINTIFFS, ELIZABETH TORRES and
                              SAMUEL TORRES,


                              By: /s/ *Daniel S. Blinn*
                              Daniel S. Blinn (ct02188)
                              Consumer Law Group, LLC
                              35 Cold Spring Road, Suite 512
                              Rocky Hill, Connecticut 06067
                              Tel (860) 571-0408
                              Fax (860) 571-7457
                              dblinn@consumerlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of August, 2016, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ *Daniel S. Blinn*
                                            Daniel S. Blinn

Regional Acceptance Corporation
c/o CT Corporation System, Its Registered Agent for Service
One Corporate Center, 14th Floor
Hartford, CT 06103

And

Regional Acceptance Corporation
1424 East Fire Tower Road
Greenville, NC  27858